**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6480

CLEVELAND SANDERS,

Petitioner - Appellant,

versus

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Greenville. Terry L. Wooten, District Judge. (CA-03-1127-6-25AK)

Submitted: July 15, 2004          Decided: July 21, 2004

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Cleveland Sanders, Appellant Pro Se. Susan Rawls Edwards, NEXSEN PRUETT, Columbia, South Carolina; Roy F. Laney, RILEY, POPE & LANEY, LLC, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Cleveland Sanders appeals the district court's order accepting the recommendation of the magistrate judge to deny his motion to remand his action back to state court. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Sanders v. South Carolina Dep't of Corr., No. CA-03-1127-6-25AK (D.S.C. Feb. 12, 2004). We deny Sanders's motion to consolidate, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED